FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2015

No. 04-14-00820-CV

Buddy **CASTEEL** and Jaret B. Casteel,
Appellant

v.

Amelia **STAYTON** and Ray Baugh,
Appellees

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2014-3228-DC
Honorable Watt Murrah, Judge Presiding

# O R D E R

On February 20, 2015, Appellants Buddy Casteel and Jaret B. Casteel filed their brief and a motion for extension of time requesting an additional day to file their brief. The motion is GRANTED. Appellants' brief is deemed filed on February 20, 2015.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2015.



Keith E. Hottle
Clerk of Court